Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, )<br>)<br>    Plaintiff, )<br>   v. )<br>)<br>JOHN DOE, )<br>)<br>    Defendant. )<br>)<br>_____ ) | No. 2:12-cv-06667-ODW-JC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

*///*

*///*

*///*

*///*

*///*

|     |     |
| --- | --- |
| 1   | Respectfully Submitted, |
| 2   | PRENDA LAW INC., |
| 3   **DATED: December 12, 2012** | |
| 4   | By:    /s/  Brett L. Gibbs, Esq. |
|     | Brett L. Gibbs, Esq. (SBN 251000) |
|     | Of Counsel for Prenda Law Inc. |
|     | 38 Miller Avenue, #263 |
|     | Mill Valley, CA 94941 |
|     | blgibbs@wefightpiracy.com |
|     | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 12, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.